UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JAY E. MICHAEL,** *as the Administrator of*
the Estate of Alexander S. Menhenett,

      **Plaintiff,**

                                **Civil Action 2:24-4002**
   v.                             **Judge Edmund A. Sargus, Jr.**
                                **Magistrate Judge Chelsey M. Vascura**

**CITY OF WHITEHALL,** *et al.*,

      **Defendants.**

**<u>ORDER</u>**

This matter is before the Court on Plaintiff's Motion for Leave to File Exhibit 1 to Complaint (ECF No. 11), in which Plaintiff requests leave to file manually a disc containing two videos of the incident that is the subject of Plaintiff's Complaint. For good cause shown, the Motion is **GRANTED**.  Plaintiff is **DIRECTED** to deliver the disc containing the two video recordings that it seeks to file to the Clerk of Court. The Clerk is **DIRECTED** to accept the disc for filing as Exhibit 1 to the Complaint.

      **IT IS SO ORDERED.**

                                              /s/ *Chelsey M. Vascura*
                                              CHELSEY M. VASCURA
                                              UNITED STATES MAGISTRATE JUDGE