# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JAY E. MICHAEL,** *Administrator of the*
*Estate on behalf of Alexander S. Menhenett*,

    **Plaintiff,**

    v.

    **Civil Action 2:24-cv-4002**
    **Judge Edmund A. Sargus, Jr.**
    **Magistrate Judge Chelsey M. Vascura**

**CITY OF WHITEHALL,** *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion to Dismiss (ECF No. 42.) For good cause shown, and pursuant to Rule 21 of the Federal Rule of Civil Procedure, Plaintiff's Motion is **GRANTED**. Off Duty Services, Inc. and Wal-Mart Stores East, LP d/b/a Walmart Supercenter Store #3447 are **DISMISSED** without prejudice as Defendants in this action. Claims against other named Defendants in this lawsuit remain pending.

    **IT IS SO ORDERED.**

                                            /s/ *Chelsey M. Vascura*
                                            CHELSEY M. VASCURA
                                            UNITED STATES MAGISTRATE JUDGE